**Dismiss and Opinion Filed June 18, 2021**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00189-CV

**CITY OF DALLAS, ANN HAMILTON, IN HER OFFICIAL CAPACITY, AND SELENE ALVAREZ, IN HER OFFICIAL CAPACITY, Appellants**

**V.**

**FITZHUGH, LLC D/B/A ANDY'S FOOD MART, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-00512**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Osborne

Before the Court is appellants' unopposed motion to dismiss this appeal.

Appellants explain appellee has nonsuited its claims in the underlying cause, and the

trial court has dismissed the cause.

We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).


/Leslie Osborne//

210189f.p05

LESLIE OSBORNE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CITY OF DALLAS, ANN
HAMILTON, IN HER OFFICIAL
CAPACITY, AND SELENE
ALVAREZ, IN HER OFFICIAL
CAPACITY, Appellants

No. 05-21-00189-CV      V.

FITZHUGH, LLC D/B/A ANDY'S
FOOD MART, Appellee

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-21-00512.
Opinion delivered by Justice
Osborne, Justices Pedersen, III and
Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered this day of June 18, 2021.